**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-03046-08-CR-S-BP |
| | ) | |
| CHRISTOPHER D. HOSKIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Motion for Furlough.  (Doc. 242.)  Defendant requests a furlough from custody to attend his brother's funeral in St. Louis, Missouri.  The record shows that in ordering Defendant's detention without bail, the undersigned previously found by clear and convincing evidence that Defendant poses a danger to the community and by a preponderance of evidence that he presents a flight risk.  (Doc. 163.)  Therefore, upon review, the Motion for Furlough is **DENIED**.  This Order does not prohibit Greene County Jail from accommodating Defendant's request to observe funeral services or part of the services via Zoom, but the Court will not order Greene County Jail to do so.

　　**IT IS SO ORDERED.**

                                                             /s/ *David P. Rush*
                                                             DAVID P. RUSH
                                                             UNITED STATES MAGISTRATE JUDGE

DATE: April 20, 2021